# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong                                        GENERAL COURT NUMBER
  CLERK OF COURT                                                     408-535-5363

June 14, 2016

Re:     Byron Chapman v. Stardust Motel, LLC

Case Number: 16-cv-02942-NC

Dear Counsel/Parties:

       This matter has been randomly assigned to United States Magistrate Judge  Nathanael M. Cousins for all purposes including trial.

       The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

       A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by June 28, 2016.  Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov.

                                                        Susan Y. Soong

                                                          Clerk, United States District Court

                                                        *[signature: Lili M. Harrell]*

                                              Lili Harrell, Deputy Clerk to the
                                              Honorable NATHANAEL M. COUSINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>STARDUST MOTEL, LLC,<br><br>    Defendant. | Case No.  16-cv-02942-NC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter.  Sign this form below your selection.

    (  )    **Consent to Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

        **OR**

    (  )    **Decline Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                                                              NAME:
                                                                                            COUNSEL FOR:
                                                                                            (OR "PRO SE:)

                                                                                            _____
                                                                                            Signature