THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, California 94590
Telephone:    (415) 444-5800
Facsimile:    (415) 674-9900
Email:       tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON CHAPMAN, | ) | Case No. 5:16-cv-02942-NC |
| Plaintiff, | ) | **PLAINTIFF'S CONSENT TO PROCEED** |
| | ) | **BEFORE A UNITED STATES** |
| v. | ) | **MAGISTRATE JUDGE** |
| STARDUST MOTEL, LLC dba ECONO LODGE, | ) | |
| Defendant. | ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Respectfully submitted,

Dated: June 14, 2016         THOMAS E. FRANKOVICH,
                             *A PROFESSIONAL LAW CORPORATION*

                             By: /s/ Thomas E. Frankovich
                             Thomas E. Frankovich
                             Attorney for Plaintiff, BYRON CHAPMAN